UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEJANDRO EMANUEL CLAY-ACEVEDO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL NO. SA-24-CV-621-OLG<br>§<br>§<br>§<br>§ |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Recommendation") (Dkt. No. 9), wherein Judge Farrer recommends that this action be dismissed pursuant to Rule 41(b) and 28 U.S.C. § 1915(e). *See* Dkt. No. 9 at 1, 4. A copy of the Recommendation was mailed to Plaintiff via certified mail on January 16, 2025, and returned as unclaimed on February 14, 2025. *See* Dkt. Nos. 10–11. To date, no objections have been filed.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); *see also* FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After reviewing the Recommendation, the Court concludes that it is correct. Accordingly, the Recommendation (Dkt. No. 9) is **ACCEPTED** and, for the reasons set forth therein, this case is **DISMISSED**.

This case is **CLOSED**.

**IT IS SO ORDERED**.

**SIGNED** this _5_ day of March, 2025.

ORLANDO L. GARCIA
United States District Judge